IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-30087

CA 00-2022 m

RICHARD B LAY

        Petitioner - Appellant

v.

BURL CAIN, Warden, Louisiana State Penitentiary

        Respondent - Appellee



U.S. COURT OF APPEALS
FILED
FEB 16 2001
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR - 1 2001
LORETTA G. WHYTE
CLERK

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeals are dismissed as of February 16, 2001, for want of prosecution. The appellant failed to pay previously imposed santions.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                By: Claudia Farrington
                     Claudia Farrington, Deputy Clerk

                      FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By C FARRINGTON
       Deputy 2/16/01
New Orleans, Louisiana

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

February 16, 2001



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

```
No. 01-30087  Lay v. Cain
USDC No. 00-CV-2022-M
         00-CV-2022-M
         00-CV-2022-M
         00-CV-2022-M
         00-CV-2022-M
```

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Claudia Farrington, Deputy Clerk

cc: w/encl:
    Honorable Peter Beer
    Mr Richard B Lay
    Mr Lawrence Blake Jones

MDT-1